## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Rebecca C. Jones,                           :
               Petitioner                  :
                                                       :
        v.                                  :      No. 1690 C.D. 2017
                                                       :
Pennsylvania Department of          :
Education,                                  :
               Respondent                 :

## **O R D E R**

AND NOW, this 27th day of June, 2019, IT IS HEREBY ORDERED that the above-captioned opinion filed October 4, 2018, shall remain a MEMORANDUM OPINION and it shall not be reported. IT IS HEREBY ORDERED that the MEMORANDUM OPINION shall be UNSEALED.

 

 

_____

ELLEN CEISLER, Judge